# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MONICA ELFRIEDE WITT, *et al.*,<br><br>Defendants. | Criminal Case No. 19-cr-43 (BAH) |

## ORDER TO UNSEAL

Upon consideration of the Government's Motion to Unseal Indictment, ECF No. 4, and for good cause shown, the Government's motion is **GRANTED**, and it is hereby

**ORDERED** that, as of 10:00 a.m. on February 13, 2019, the Indictment, ECF No. 1, in this matter is no longer under seal and may be disclosed publicly by the Government; and it is further

**ORDERED** that, as of 10:00 a.m. on February 13, 2019, these proceedings are unsealed in their entirety, except (a) the Government's Motion for Temporary Sealing, ECF No. 2, and the arrest warrants, issued on February 8, 2019, shall remain under seal, and an entry for these filings shall be displayed publicly on the docket; and (b) docket entries containing personally identifiable information shall remain available to the Court only.

**SO ORDERED.**

Date:  February 12, 2019

_____
BERYL A. HOWELL
United States District Judge