Rev: 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.  Criminal No.  19-43

MONICA ELFRIEDE WITT, et al   Category   B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on __5/9/2019__ from __Judge Beryl A. Howell__ to __Calendar Committee__ by direction of the Calendar Committee.

(Defendants are Fugitives)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   Judge Beryl A. Howell    & Courtroom Deputy
Calendar Committee

U.S. Attorney's Office – Judiciary Square Building, Room 5133

Statistical Clerk